# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-1

| Case No.: | 20-63543-PWB | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | AGORA HEALTH SOLUTIONS, INC. | Date Filed (f) or Converted (c): | 02/28/2020 (f) |
| | | § 341(a) Meeting Date: | 04/07/2020 |
| For Period Ending: | 06/30/2020 | Claims Bar Date: | 08/03/2020 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | $30,000.00 in Escrow with pre-petition counsel, Vivek Jarayam. | 30,000.00 | 29,525.00 | | 29,525.00 | FA |
| 2 | A/R Over 90 days old. Face amount = $62,500.00. Doubtful/Uncollectible accounts = $0.00. | 62,500.00 | 62,500.00 | | 0.00 | 62,500.00 |
| 3 | Raw Materials: Medical device products (biologies) - perishable, Net Book Value: $0.00 | 10,000.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 4 | Finished goods: Yes, Net Book Value: $0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Fraudulent Conveyance and Claims Against Insiders (u) Trustee continues to investigate merits of potential claims. | Unknown | Unknown | | 0.00 | Unknown |
| 5 | Assets    Totals    (Excluding unknown values) | **$102,500.00** | **$102,025.00** | | **$29,525.00** | **$72,500.00** |

**Major Activities Affecting Case Closing:**

The Trustee is gathering information on the open but aged accounts receivable. Trustee is also investigating the merits of potential claims against the Debtor's insiders.

**Initial Projected Date Of Final Report (TFR):**   09/30/2022          **Current Projected Date Of Final Report (TFR):**   09/30/2022

07/30/2020                                                                              /s/S. Gregory Hays

Date                                                                                    S. Gregory Hays

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 20-63543-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | AGORA HEALTH SOLUTIONS, INC. | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***4819 | Account #: | ******0288 Checking |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/08/20 | {1} | Jayaram Law Group | Escrow Account. | 1129-000 | 29,525.00 | | 29,525.00 |
| 04/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 34.60 | 29,490.40 |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 45.56 | 29,444.84 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 50.19 | 29,394.65 |
| | | | **COLUMN TOTALS** | | 29,525.00 | 130.35 | $29,394.65 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 29,525.00 | 130.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$29,525.00** | **$130.35** | |

*{ } Asset Reference(s)*     *! - transaction has not been cleared*

**Form 2**

Page: 2-2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 20-63543-PWB |
| **Case Name:** | AGORA HEALTH SOLUTIONS, INC. |
| **Taxpayer ID #:** | **-***4819 |
| **For Period Ending:** | 06/30/2020 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0288 Checking |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $29,525.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $29,525.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0288 Checking | $29,525.00 | $130.35 | $29,394.65 |
| | $29,525.00 | $130.35 | $29,394.65 |