

**IT IS ORDERED as set forth below:**

Date: December 21, 2021

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| AGORA HEALTH SOLUTIONS, INC., | : | CASE NO. 20-63543-PWB |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING EMPLOYMENT OF HAYS FINANCIAL CONSULTING, LLC, ACCOUNTANTS FOR TRUSTEE, SUBJECT TO OBJECTION**

On December 20, 2021, S. Gregory Hays, in his capacity as Chapter 7 Trustee (the "**Trustee**"), filed an application for appointment of Hays Financial Consulting, LLC ("**HFC**" or "**Applicant**") as accountants for Trustee [Doc. No. 19] (the "**Application**"). The Application and accompanying verified statement demonstrate that HFC is a firm of professionals qualified to serve as Trustee's accountants in this case, that HFC is disinterested and represents no interest adverse to Debtor, the estate, or any other parties in interest. As this case justifies employment of a professional for the purposes specified, it is hereby

**ORDERED** that under 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is **GRANTED**: Trustee is authorized to employ HFC as Trustee's accountant during this Chapter 7 case. It is further

**ORDERED** that compensation shall be paid to HFC upon notice, hearing, and approval of the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application. It is further

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. Any objection to this Order shall be served on the United States Trustee, Trustee, and proposed accountants for Trustee. If an objection is timely filed, then Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's open Calendar Procedures, and shall provide notice of such hearing to the United States Trustee, HFC, and the objecting party.

**[END OF DOCUMENT]**

**Draft order prepared and presented by:**

   /s/ *S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Street, NW
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Identification of parties to be served:**

Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30305

Todd E. Hennings
Macey, Wilensky & Hennings, LLP
Suite 435
5500 Interstate Parkway North
Atlanta, GA 30328