UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| AGORA HEALTH SOLUTIONS, INC., | : | CASE NO. 20-63543-PWB |
| | : | |
| Debtor. | : | |

**APPLICATION BY TRUSTEE FOR COMPENSATION**

TO:   THE HONORABLE PAUL W. BONAPFEL
         UNITED STATES BANKRUPTCY JUDGE

This Application of S. Gregory Hays ("**Trustee**"), brought pursuant to Section 330 of the United States Bankruptcy Code, respectfully shows that he is the duly-appointed and qualified Trustee in Bankruptcy of the above-captioned estate (the "**Bankruptcy Estate**"), that the assets of said Debtor have been liquidated, and that there came into the hands of the undersigned Trustee for disbursement the total sum of $29,525.00 of which $0.00 has been disbursed to the Debtor and the Trustee anticipates an additional $0.00 will be distributed to the Debtor.

In the administration of said Bankruptcy Estate, your Applicant has performed those services required by a Trustee. This Application is for services rendered from February 28, 2020 through June 06, 2022. The statutory allowance is the sum of $3,702.50, and Applicant has heretofore received on his account compensation as Trustee in the sum of $0.00.

Your Applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services Applicant has not contributed. Your Applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this proceeding for the purpose of

fixing the amount of the fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein for services rendered in connection therewith.

On February 28, 2020 (the "**Petition Date**"), Agora Health Solutions, Inc. (the "**Debtor**") filed a voluntarily petition under Chapter 7 of Title 11 of the United States Code initiating Case No. 20-63543-PWB. Applicant was thereafter appointed and remains the duly acting Chapter 7 trustee in this case.

At the commencement of the Bankruptcy Case, the Bankruptcy Estate was created under 11 U.S.C. § 541(a) and includes all Debtor's legal or equitable interests in property as of the commencement of the Bankruptcy Case and any interest in property that the Bankruptcy Estate acquired after commencement of the Case. 11 U.S.C. § 541(a)(1) and (7) (2018).

On its *Schedule A/B: Property* [Doc. No. 1], Debtor scheduled $30,000 in escrow with its pre-petition counsel ("**Escrowed Funds**"), $62,500 in over 90 days receivables and $10,000 in raw materials (perishable biologics). The Trustee immediately contacted the holder of the escrowed funds and brought the funds into the Bankruptcy Estate. Upon investigation, the accounts receivable were over one year old and determined to be uncollectible. Finally the Trustee determined that the raw material (perishable biologics), which were stored in the freezer of the Debtor's principal, to be of no value and abandoned its interest [Doc. No. 16].

In response to Question 29 on its *Statement of Financial Affairs* [Doc. No. 1 at page 24 of 31], Debtor listed a potential claim for transfer of funds, fraud and embezzlement. The Trustee investigated the potential claim and determined that a recovery was unlikely.

Finally, through a considerable amount of effort, the Trustee and his professionals were able to obtain paper and electronics records from the Debtor's principals and debtor's records

stored on a Google account and was able to prepare financial statements for the Debtor to prepare the Debtor's tax returns for years 2017 through the closing of the bankruptcy estate.

As a result of the recovery of the Escrowed Funds, the Bankruptcy Estate has funds available for distribution under 11 U.S.C. § 726 to make a distribution to general unsecured claims in this case.

As said Trustee, your Applicant has or will pay in the final administration of the Bankruptcy Case out of his own funds expenses totaling $392.97, none of which have been repaid and for which he prays for reimbursement. Attached hereto marked as **Exhibit "A"** and incorporated herein by reference is an itemization of Trustee's expenses.

So that funds are available to make a meaningful distribution to unsecured creditors, the Trustee has agreed to receive a reduced payment of his commission requested on his final application of $7,250.00 as listed in Exhibit D of the Trustee's Final Report.

WHEREFORE, S. Gregory Hays prays for such allowance for his services herein in the amount of $3,702.50 plus reimbursement of expenses in the amount of $392.97 and as the Court finds reasonable and just.

Respectfully submitted 6th day of June, 2022.

                                              */s/ S. Gregory Hays*
                                              S. Gregory Hays

Hays Financial Consulting, LLC          Chapter 7 Trustee
2964 Peachtree Rd, N.W, Ste 555
Atlanta, Georgia 30305
(404) 926-0060

# Hays Financial Consulting, LLC

2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

---

**Agora Health Solutions, Inc.**
**Case # 20-63543-JWC**

**For the Period from    2/28/2020   to   6/6/2022**

June 6, 2022

|  |  | Amount |
|---|---|---:|
|  | **Expenses** |  |
| 6/16/2020 | Google G Suite charges | 25.24 |
| 7/1/2020 | Google G Suite charges | 9.20 |
| 8/1/2020 | Google G Suite charges | 12.00 |
| 9/2/2020 | Google G Suite charges | 12.00 |
| 10/1/2020 | Google G Suite charges | 12.00 |
| 1/2/2021 | Google charges | 12.00 |
| 1/12/2021 | 2021 Bond fee | 11.66 |
| 2/1/2021 | Google charges | 12.00 |
| 3/1/2021 | Google charges | 12.00 |
| 4/1/2021 | Google charges | 12.00 |
| 5/3/2021 | Google charges | 12.00 |
| 6/1/2021 | Google charges | 12.00 |
| 7/1/2021 | Google charges | 12.00 |
| 8/2/2021 | Google charges | 12.00 |
| 9/1/2021 | Google charges | 12.00 |
| 10/1/2021 | Google charges | 12.00 |
| 10/29/2021 | FedEx | 9.50 |
| 11/2/2021 | Google charges | 12.00 |
| 12/2/2021 | Google charges | 12.00 |
| 1/2/2022 | Google charges | 12.00 |
| 1/6/2022 | 2022 Bond fee | 11.46 |
| 2/1/2022 | Google charges | 12.00 |
| 3/2/2022 | Google charges | 12.00 |
| 4/2/2022 | Google charges | 12.00 |
| 5/1/2022 | Google charges | 12.00 |
| 5/31/2022 | Postage | 28.36 |
| 6/1/2022 | Google charges | 12.00 |
| 6/6/2022 | Case Closing Expenses: | 45.55 |
|  | Copies NFR - 30 notices @ 6 pages @ $0.15 per copy - $27.00 |  |
|  | Postage NFR - 30 notices @ $0.53 per notice - $15.90 |  |
|  | Postage distribution checks - 5 checks @ $0.53 per check - $2.65 |  |
|  | Subtotal | 392.97 |
|  | **Total costs** | **$392.97** |