UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| AGORA HEALTH SOLUTIONS, INC., | : | CASE NO. 20-63543-PWB |
| | : | |
| Debtor. | : | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION OF HAYS FINANCIAL CONSULTING, LLC, AS ACCOUNTANTS
TO THE CHAPTER 7 TRUSTEE**

**COMES NOW** Hays Financial Consulting, LLC ("**HFC**" or "**Applicant**"), accountants to S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the above-styled case, and, pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, files this first and final application ("**Application**") seeking final allowance of compensation in the amount of $9,990.00 and reimbursement of expenses in the amount of $169.42 for the period from December 20, 2021 through and including June 03, 2022 (the "**Application Period**"). In support hereof, Applicant shows as follows:

1.

On February 28, 2020, Agora Health Solutions, Inc. ("**Debtor**") filed a voluntarily petition under Chapter 7 of Title 11 of the United States Code (11 U.S.C. § 101, *et seq.*, as amended, is hereinafter referred to as the "**Bankruptcy Code**"), initiating Case No. 20-63543-PWB.

2.

Trustee was thereafter appointed the duly acting Chapter 7 trustee in the Bankruptcy Case, and he remains in this role.

3.

On December 20, 2021, Trustee filed an Application to Employ Hays Financial Consulting, LLC as Accountants for the Trustee [Doc. No. 19]. On December 21, 2021, an Order approving

the employment of HFC as Accountants to the Trustee was entered [Doc. No. 20].

4.

Pursuant to this Application, Applicant seeks final approval, allowance, and payment pursuant to §§ 330 and 331 of the Bankruptcy Code of compensation for services rendered as accountants for the Trustee incurred in connection therewith during the Application Period.

5.

For the period covered by this application, HFC devoted a total of not less than 33.3 hours in rendering services as accountants to the Trustee. Applicant has not previously been allowed or paid any compensation for the period covered by this application. Summaries of hours spent by subject area and by professional are attached as Exhibit "A".

6.

The services of the Applicant during the Application Period includes analysis of the review of pre-petition transactions based on bank statements and data available; preparation of financial statements for years 2017 through the close of the case; analysis of nature of transactions and preparation of federal, Florida and Georgia tax returns for the pre-bankruptcy and bankruptcy estate for years 2017 through 2022; and preparation of letters pursuant to Bankruptcy Code section 505(b).

7.

Applicant shows that all services were necessary to assist the Trustee in the proper and effective administration of the Debtor's estate and the exercise of the powers of the Trustee. Applicant shows that the fair and reasonable value of such services, and the costs of comparable services in a case not proceeding under the Bankruptcy Code, is not less than $9,990.00, based primarily on the normal hourly rates of providing such services and calculated using the "lodestar"

calculation of reasonable hourly rates multiplied by the number of hours actually expended, as summarized on Exhibit "A". The time expended and services performed by HFC are duly itemized and set forth in Exhibit "B" attached hereto and by reference incorporated herein and made part of this Application.

8.

Applicant shows that all services for which compensation during this Application Period is requested have been actually provided to the Debtor and/or the Trustee, and to no other parties, and have been necessary for the proper and effective administration of this case and for the benefit of the Debtor's estate and its creditors.

9.

Applicant's employees have substantial experience and expertise in providing financial and accounting services in bankruptcy cases and to fiduciaries in such cases. Applicant's employee hourly rates are fair and reasonable and the same as the cost for such services other than in a bankruptcy case.

10.

The compensation requested is allowable pursuant to the twelve factor test (the "Johnson Factors") set forth in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714, 717-19 (5th Cir. 1974), as modified and made applicable to bankruptcy cases by the Eleventh Circuit Court of Appeals in Grant v. George Schumann Tire & Battery Co., 908 F.2d 874 (11th Cir. 1990). The Johnson Factors and their applicability in these cases are as follows:

(a) Time and Labor Required: HFC expended 33.3 hours in performing services as accountants to the Trustee during the Application Period. The billing rates of the various professionals and other personnel who have performed services for the

Committee are detailed in HFC's billing statements, which are attached hereto as Exhibit "A".

(b) <u>Novelty and Difficulty of Questions Presented</u>: The work performed by HFC has involved issues of varying complexity, as set forth in substantial detail in the billing statements attached to this Application.

(c) <u>Skill Requisite to Perform Professional Services:</u> The Trustee selected HFC as its accountants because HFC's professionals possess substantial expertise and experience in bankruptcy and related fields and are well-qualified to perform professional services.

(d) <u>Preclusion of Other Employment Due to Acceptance of the Cases:</u> Professionals of HFC have devoted time and resources to these cases, to the possible preclusion of involvement in other matters.

(e) <u>Customary Fees for the Type of Services Rendered</u>: HFC believes that the fees requested and the hourly rates set forth herein are consistent fees typically charged for the type of services rendered in cases of this magnitude and complexity. The hourly rates charged by HFC in this Application are comparable to the rates that HFC would charge to a non-bankruptcy client for work of a similar nature and complexity.

(f) <u>Whether the Fee is Fixed or Contingent</u>: Pursuant to section 330(a) of the Bankruptcy Code, HFC's fee is subject to Court approval, and is primarily based upon hourly rates and does not involve any fixed or flat fees. Compensation is "contingent" only in the sense that there are risks of non-allowance or non-payment.

(g) <u>Time Limitations Imposed by the Client or Other Circumstances</u>: Certain tax filing deadlines have been applicable herein.

(h) <u>The Amount Involved and Results Obtained</u>: HFC shows that the Trustee, with the assistance of all professionals involved, has achieved a successful result in this case.

(i) <u>The Experience, Reputation, and Ability of the Professional</u>: HFC has extensive experience in bankruptcy matters. Its reputation and ability are well known to the Court.

(j) <u>Undesirability of the Case</u>: This factor is inapplicable to the present Chapter 7 cases.

(k) <u>Nature and Length of Professional Relationship with the Client</u>: HFC was employed by the Trustee as his accountants in this bankruptcy case. Thus, the professional relationship is an ongoing one.

(l) <u>Awards in Similar Cases</u>: HFC is regularly awarded compensation in Chapter 7 and Chapter 11 cases on the same basis as requested herein.

11.

In connection with the provision of services as set forth herein above, Applicant has incurred expenses in the amount of $169.42. Expenses are summarized on **Exhibit "A"** and itemized on **Exhibit "C"** attached hereto and incorporated herein. Applicant seeks allowance of said expenses as reasonable and necessarily incurred.

12.

No agreement or understanding exists between HFC and any other person for the sharing of compensation to be received for services rendered in connection with this case. All services for which compensation is requested were performed for the Trustee and the estate and not on behalf of any committee, creditor or any other person or persons.

13.

Based on the foregoing, Applicant seeks final allowance of $9,990.00 as compensation for the period covered by this Application. Applicant shows that compensation in such amount is reasonable compensation based on the nature, the extent, and the value of services rendered, the time spent to provide such services, and the cost of comparable services other than in a bankruptcy case.

14.

Attached hereto as Exhibit "D" is a Declaration of S. Gregory Hays, Managing Principal of Applicant, confirming the facts set out in the Application and exhibits hereto.

**WHEREFORE**, Applicant respectfully prays:

a.  That Applicant be allowed final compensation in the amount of $9,990.00 as and for the reasonable value of services rendered in connection with its retention as accountants for the Trustee for the Application Period;

b.  That Applicant be allowed the sum of $169.42 for the reimbursement of out-of-pocket expenses incurred in this case during the Application Period;

c.  that the Court authorize payment of amounts allowed as deemed appropriate and equitable by the Court from the fund available in the bankruptcy estate; and

d.  that the Court grant such other and further relief as may be just and proper.

Respectfully submitted, this 3rd day of June, 2022.

                                            */s/ S. Gregory Hays*
                                            S. Gregory Hays

Hays Financial Consulting, LLC
2964 Peachtree Rd, NW  Ste. 555
Atlanta, Georgia 30305
(404) 926-0060

# Exhibit A

**Hays Financial Consulting, LLC**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

---

**Agora Health Solutions, inc.**
**Case # 20-63543-PWB**

For the Period from   12/21/2021  to  6/3/2022

June 3, 2022

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Fee / Employment Applications & Objection | 1.30 | 390.00 |
| Tax Issues | 32.00 | 9,600.00 |
| **For professional services rendered** | **33.30** | **$9,990.00** |

Additional Charges :

| | |
|---|---:|
| Expense Reports | 140.00 |
| Postage | 29.42 |
| **Total costs** | **$169.42** |

| | |
|---|---:|
| **Total amount of this bill** | **$10,159.42** |

**Hays Financial Consulting, LLC**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

---

**Agora Health Solutions, inc.**
**Case # 20-63543-PWB**

**For the Period from    12/21/2021  to  6/3/2022**

June 3, 2022

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| James R. Jennings, CPA | 28.70 | 8,610.00 |
| | 300.00/hr | |
| Scott S. Askue | 4.60 | 1,380.00 |
| | 300.00/hr | |
| **For professional services rendered** | **33.30** | **$9,990.00** |

Additional Charges :

| | Amount |
|---|---:|
| Expense Reports | 140.00 |
| Postage | 29.42 |
| **Total costs** | **$169.42** |
| | |
| **Total amount of this bill** | **$10,159.42** |

---

CFE - Certified Fraud Examiner                    CPA - Certified Public Accountant
CIRA - Certified Insolvency and Restructuring Advisor    PHR - Professional in Human Resources
CTP - Certified Turnaround Professional

# Exhibit B

**Hays Financial Consulting, LLC**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

---

**Agora Health Solutions, inc.**
**Case # 20-63543-PWB**

For the Period from   12/21/2021   to   6/3/2022

June 3, 2022

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | **Tax Issues** |  |  |  |
| 12/21/2021 | SSA | Prepared financial information and all other data required for the preparation of financial statements and tax returns. | 2.60 300.00/hr | 780.00 |
| 12/24/2021 | JRJ | Reviewed 2017 and 2018 account activity. Prepared ledger of 2019 banking activity and credit card activity. Prepared journal entries and adjusting trial balance. | 3.90 300.00/hr | 1,170.00 |
| 12/26/2021 | JRJ | Prepared 2019 tax trial balance. Prepared 2019 Federal, Georgia, and Florida corporate income tax returns. | 3.80 300.00/hr | 1,140.00 |
| 12/27/2021 | JRJ | Prepared memorandum regarding 2019 accounting and sent along with draft of return to Trustee counsel, and trustee. | 0.90 300.00/hr | 270.00 |
|  | JRJ | Prepared 2020 tax trial balance. Prepared 2020 Federal and Georgia corporate income tax returns. | 3.90 300.00/hr | 1,170.00 |
| 12/29/2021 | JRJ | Prepared 2021 tax trial balance. Prepared draft of 2021 Federal and Georgia corporate income tax returns. | 1.40 300.00/hr | 420.00 |
| 3/13/2022 | JRJ | Prepared and filed 2021 Federal extension (Form 7004) for Agora Health Systems, Inc. | 0.40 300.00/hr | 120.00 |
| 3/30/2022 | SSA | Reviewed debtor records for information for the completion of tax returns. Drafted email to Steve Carbonara regarding details of same. | 0.50 300.00/hr | 150.00 |
| 4/22/2022 | SSA | Drafted email to Steve Carbonara regarding transactions for tax return. | 0.20 300.00/hr | 60.00 |
| 5/8/2022 | JRJ | Finalized year ended 12/31/2019 Federal, Georgia, and Florida corporate tax returns, after response from Debtor for inquiries made regarding 2019 activity. Finalized all returns. | 2.10 300.00/hr | 630.00 |
| 5/9/2022 | JRJ | Finalized year ended 12/31/2020 Federal, Georgia, and Florida corporate tax returns after response from Debtor's prinicpal for inquiries made regarding 2020 activity. Finalized all returns. | 1.90 300.00/hr | 570.00 |
|  | JRJ | Prepared Rule 505(b) Request For Prompt Determination packages for year ended 12/31/2020 for Federal and Georgia corporate income tax returns | 1.30 300.00/hr | 390.00 |
|  | JRJ | Finalized year ended 12/31/2021 Federal, Georgia, and Florida corporate tax returns after response from Debtor for inquiries made regarding 2021 activity. Finalized all returns. | 1.80 300.00/hr | 540.00 |
|  | JRJ | Finalized year ended 12/31/2021 Rule 505b Requests for Prompt Determination packages for Federal, Georgia corporate tax returns after response from Debtor for inquiries made regarding 2021 activity. | 1.30 300.00/hr | 390.00 |
| 5/11/2022 | JRJ | Prepared 2022 final trial balance and recorded all distributions and finalized. | 1.10 300.00/hr | 330.00 |

**Agora Health Solutions, inc.**          Page   2

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/11/2022 | JRJ | Prepared 2022 final Federal, Georgia, and Florida corporate income tax returns of Agora Health Solutions, Inc. | 2.40<br>300.00/hr | 720.00 |
|  | JRJ | Prepared 2022 final 505(b) packages for Federal, Georgia, and Florida corporate income tax returns of Agora Health Solutions, Inc. | 1.40<br>300.00/hr | 420.00 |
|  | JRJ | Prepared year 2019 505(b) packages for Federal and Georgia corporate income tax returns of Agora Health Solutions, Inc. | 1.10<br>300.00/hr | 330.00 |
|  |  | Subtotal | 32.00 | 9,600.00 |

**Fee / Employment Applications & Objection**

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2022 | SSA | Drafted final fee application and prepared exhibits for same. | 1.30<br>300.00/hr | 390.00 |
|  |  | Subtotal | 1.30 | 390.00 |
|  |  | **For professional services rendered** | **33.30** | **$9,990.00** |

# Exhibit C

**Hays Financial Consulting, LLC**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

---

**Agora Health Solutions, inc.**
Case # 20-63543-PWB

June 3, 2022

|  |  | **Amount** |
|---|---|---:|
|  | **Expenses** |  |
| 12/31/2021 | Postage | 1.06 |
| 4/13/2022 | Software charges for locator fees related to 2019 through 2020 tax returns. | 70.00 |
| 5/31/2022 | Software charges for locator fees related to 2021 through 2022 tax returns. | 70.00 |
|  | Postage | 28.36 |
|  | Subtotal | 169.42 |

# Exhibit "D"

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| AGORA HEALTH SOLUTIONS, INC., | : | CASE NO. 20-63543-PWB |
| | : | |
| Debtor. | : | |

## DECLARATION

I, S. Gregory Hays, declare under penalty of perjury that:

1. I am the Managing Principal at Hays Financial Consulting, LLC ("HFC") and have knowledge of the facts set forth herein.

2. The facts set out in the foregoing First and Final Application for Allowance of Compensation of Hays Financial Consulting, LLC as Accountants to the Chapter 7 Trustee and in the exhibits attached thereto are true and correct to the best of my knowledge, information and belief. Those facts are known to me personally and by business records of HFC, maintained in the ordinary course of business, including time and reimbursement records made by personnel at HFC.

                                                                                  _/s/ S. Gregory Hays_
                                                                                    S. Gregory Hays