UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| AGORA HEALTH SOLUTIONS, INC., | : | CASE NO. 20-63543-PWB |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) [Docket # 26]** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

    I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION, DEADLINE TO OBJECT AND HEARING [Docket # 27]** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

    This 22nd day of June, 2022.

                                                                                    */s/ S. Gregory Hays*
                                                                                      S. Gregory Hays
                                                                                      Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 20-63543-pwb<br>Northern District of Georgia<br>Atlanta<br>Wed Jun 22 13:47:32 EDT 2022 | ADT<br>Caine & Webber<br>338 Harris Hill Road, Ste. 206<br>Buffalo NY 14221-7470 | Agora Health Solutions, Inc.<br>6106 Buck Hollow Drive<br>Acworth, GA 30101-7694 |
| Axiom Innovative Medical Sol.<br>8752 Cobblestone Point Circle<br>Boynton Beach FL 33472-4458 | Aziyo Biologics, Inc.<br>12510 Prosperity Drive<br>Suite 370<br>Silver Spring MD 20904-1624 | Michael J. Bargar<br>Arnall Golden Gregory, LLP<br>Suite 2100<br>171 17th Street, N.W.<br>Atlanta, GA 30363-1031 |
| CBRE<br>6413 Congress Avenue, Ste. 120<br>Boca Raton FL 33487-2839 | CSC<br>P. O. Box 13397<br>Philadelphia PA 19101-3397 | CellRight Technologies LLC<br>1808 Universal City Blvd.<br>Universal City TX 78148-3356 |
| Collagen Matrix, Inc.<br>15 Thornton Road<br>Oakland NJ 07436-3115 | DCI Donor Services<br>1600 Hayes Street<br>Suite 300<br>Nashville TN 37203-3034 | FL Healthcare Law<br>909 SE 5th Avenue, Ste. 200<br>Delray Beach FL 33483-5172 |
| (p)FUN FINANCIAL  LLC<br>ATTN JARED GELLES ESQ<br>1533 SUNSET DRIVE SUITE 150<br>CORAL GABLES FL 33143-5700 | GenCure<br>6211 IH 10 West<br>San Antonio TX 78201-2023 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 | Hays Financial Consulting, LLC<br>S. Gregory Hays<br>2964 Peachtree Road NW<br>Suite 555<br>Atlanta, GA 30305-4909 | Todd E. Hennings<br>Macey, Wilensky & Hennings, LLP<br>Suite 435<br>5500 Interstate Parkway North<br>Atlanta, GA 30328-4690 |
| Internal Revenue Service<br>1899 Powers Ferry Rd SE<br>Ste 250 Stop 320-D<br>Atlanta GA 30339-8411 | Jans Biomed USA, Inc.<br>140 Sylvan Avenue, #204<br>Englewood Cliffs NJ 07632-2559 | Jared Gelles, Esq.<br>STOLZENBERG GELLES FLYNN & ARANGO LLP<br>1533 Sunset Drive, Suite 150<br>Coral Gables, FL 33143-5700 |
| Joerod Medical LLC<br>148 S 150 E<br>Valparaiso IN 46383-7868 | Keith Sharkey<br>c/o Jarod Gelles, Esq.<br>1401 Brickell Avenue, Ste. 825<br>Miami FL 33131-3502 | Mark Alpert<br>Unit 3212<br>310 Franklin Club Drive<br>Delray Beach FL 33483-4666 |
| Medical Device Solution, Inc.<br>301 Yamato Road, Suite 1240<br>Boca Raton FL 33431-4931 | Netspective Communications LLC<br>2313 Falling Creek Road<br>Silver Spring MD 20904-5208 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Osteosolutions LLC<br>117 B Commerce Park Drive<br>Westerville OH 43082-6063 | Ryan Koslow<br>2234 W. Walton Street, #1<br>Chicago IL 60622-4815 | SNI Companies<br>100 SE 2nd Street, Ste. 4200<br>Miami FL 33131-2113 |

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fun Financial, LLC                          (d)Fun Financial, LLC                    Georgia Department of Revenue
STOLZENBERG GELLES FLYNN & ARANGO LLP        c/o Jarod Gelles, Esq.                   P.O. Box 740387
Attn: Jared Gelles, Esq.                     1401 Brickell Avenue, Ste. 825           Atlanta GA 30374
1533 Sunset Drive, Suite 150                 Miami FL 33131
Coral Gables, FL 33143


                 The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Dave Alpert                              (d)Jared Gelles, Esq.                    (u)Kevin Manieri
                                             STOLZENBERG GELLES FLYNN & ARANGO LLP
                                             1533 Sunset Drive, Suite 150
                                             Coral Gables, FL 33143-5700



End of Label Matrix
Mailable recipients    30
Bypassed recipients     3
Total                  33