

**IT IS ORDERED as set forth below:**

**Date: July 25, 2022**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-63543-PWB |
| | : | |
| AGORA HEALTH SOLUTIONS, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE AND
PROFESSIONALS OF THE TRUSTEE**

On June 22, 2022, the Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Agora Health Solutions, Inc., filed applications for payment of compensation in the amount of $3,702.50 and expenses in the amount of $392.97 to the Chapter 7 Trustee [Doc. No. 25-1], and compensation in the amount of $9,990.00 and expenses in the amount of $169.42 to Hays Financial Consulting, LLC, the Chapter 7 Trustee's accountants [Doc. No. 25-2] (collectively, the "**Fee Applications**").

Also on June 22, 2022, Trustee filed his *Trustee's Final Report (TFR)* [Doc. No. 25] (the "**Trustee's Final Report**") in which he proposed to make certain distributions to creditors, including the above mentioned professionals.

And, again on June 22, 2022, Trustee filed two notices [Doc. Nos. 26 and 27] (collectively, the "**Notices**") regarding the Fee Applications and Trustee's Final Report, in accordance with the Second Amended and Restated General Order No. 24-2018 and setting the Fee Applications and Trustee's Final Report for hearing on August 25, 2022 (the "**Hearing**").

Trustee certifies that he served the Notices on all creditors and parties in interest entitled to notice. [Doc. No. 28].

No objection to the relief requested in the Fee Applications or Trustee's Final Report was filed prior to the objection deadline provided in the Notices and pursuant to the Second Amended and Restated General Order No. 24-2018.

The Court having considered the Fee Applications and Trustee's Final Report along with all other matters of record, including the lack of objection to the relief requested in the Fee Applications and Trustee's Final Report, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Fee Applications and Trustee's Final Report, it is hereby

**ORDERED** that the Fee Applications and Trustee's Final Report are **APPROVED** and this approval is made final. It is further

**ORDERED** that the fees and expenses requested are allowed as compensation and reimbursement of expenses as follows:

| *Applicant* | *Docket No.* | *Fees* | *Expenses* | *Total* |
|---|---|---|---|---|
| S. Gregory Hays, Chapter 7 Trustee | 25-1 | $3,702.50 | $392.97 | $4,095.47 |

| Hays Financial Consulting, LLC, accountants for Chapter 7 Trustee | 25-2 | $9,990.00 | $169.42 | $10,159.42 |

It is further

**ORDERED** that Trustee is authorized and directed to pay said compensation and reimbursement of expenses approved herein based on available funds and as expressly set forth in Trustee's Final Report.

[END OF DOCUMENT]

Order Prepared and presented by:

*/s/ S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
2964 Peachtree Street, NW
Suite 555
Atlanta, Georgia 30305
ghays@haysconsulting.net
(404) 926-0060


Identification of parties to be served:

Office of the U.S. Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Todd E. Hennings, Macey, Wilensky & Hennings, LLP, Suite 435, 5500 Interstate Parkway North, Atlanta, GA 30328

Agora Health Solutions, Inc., 6106 Buck Hollow Drive, Acworth, GA 30101

S. Gregory Hays, Hays Financial Consulting, LLC, 2964 Peachtree Rd, NW, Suite 555, Atlanta, GA 30305

Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, GA 30363