# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

HP / SUPERIOR, INC., and
SUPERIOR HEALTHCARE INVESTORS, INC.,

                        Debtors.

CHAPTER 11

Jointly administered under
CASE NO. 14-71797-pwb

## CONSENT MOTION FOR ENTRY OF ORDER EXTENDING CLOSING DATE

COMES NOW, Superior WI Realty, LLC ("Purchaser"), and hereby files this consent motion for entry of an order extending the deadline for it to close on the sale of substantially all of the assets of Debtors HP/ Superior, Inc., d/b/a St. Francis in the Park ("HP") and Superior Healthcare Investors, Inc. ("SHI", together with HP, the "Debtors") and respectfully shows the Court as follows:

1.      HP filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code with this Court on November 3, 2014. SHI filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code with this Court on January 6, 2015. Since their respective petition dates, the Debtors have continued in possession of their property and operation of their businesses as debtors and debtors-in-possession. The Debtors' cases are jointly administered and no trustee or examiner has been appointed.

2.      On January 14, 2015 Debtors filed Debtors' Motion (A) for Authority to Sell Assets Free and Clear of Liens, Claims, and Encumbrances (B) to Assume and Assign Certain Executory Contracts; (C) to Establish Procedures with Respect to Such Sale and the Assumption and Assignment of Executory Contracts, (D) to Consider Approval of Breakup Fee, and (E) to Shorten and Limited Notice [Docket No. 84] (the "Sale Motion"). The Sale Motion sought entry of an order permitting, among other things, Debtors to sell substantially all of their assets to

Purchaser pursuant to an Asset Purchase Agreement filed with the Court on January 15, 2015 [Docket No. 53] (the "Purchase Agreement").

3.      On March 24, 2015 the Court entered its Order Granting Debtors' Motion (A) for Authority to Sell Assets Free and Clear of Liens, Claims, and Encumbrances (B) to Assume and Assign Certain Executory Contracts; (C) to Establish Procedures with Respect to Such Sale and the Assumption and Assignment of Executory Contracts, (D) to Consider Approval of Breakup Fee, and (E) to Shorten and Limited Notice [Docket No. 84] (the "Sale Order").  The Sale Order authorized Debtors, among other things, to sell the Identified Assets[1] and assume and assign the Assigned Contracts to Purchaser on terms and conditions substantially in accordance with the Purchase Agreement (the "Sale").

4.      The Purchase Agreement requires that Debtors and Purchaser close on the Sale no later than seventy five (75) days after entry of the Sale Order.  Based on the timing of entry of the Sale Order, the deadline for Debtors and Purchaser to close was June 7, 2015.

5.      The Sale did not close on or before June 7, 2015.

6.      Purchaser and Debtors have agreed to extend the closing deadline[2] on the following terms:

>      (A)      Purchaser shall wire to the Debtors the sum of One Hundred and Fifty Thousand Dollars ($150,000), with (i) One Hundred Thousand Dollars ($100,000) to be held by Debtors as an additional, non-refundable deposit to be credited against the Purchase Price at Closing and (ii) Fifty Thousand Dollars ($50,000) to be paid to the Debtors for operating and administrative expenses incurred by Debtors during the period from June 7, 2015 through and including July 1, 2015; and

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Purchase Agreement.

[2] The Purchase Agreement provides that it may be amended upon the consent of Debtors and Purchaser.

ATLANTA 5653342.1

(B)     Debtors shall consent to an extension of the closing deadline for the Sale through and including July 1, 2015.

7.     Purchaser and Debtors agree that the Sale remains in the best interests of Debtors, their estates, and creditors and the Debtors consent to entry of the relief requested herein.


**WHEREFORE**, Purchaser respectfully requests that the Court, on or before July 1, 2015, enter an order in substantially the form attached hereto as "**Exhibit 1**" approving Purchaser and Debtors' extension of the closing deadline through and including July 1, 2015.


DATED this 23rd day of June, 2015.

Respectfully submitted,

s/ David E. Gordon
David E. Gordon
Georgia Bar No. 111877
McKenna Long & Aldridge LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, Georgia  30308
Telephone:    (404) 527-4000
Facsimile:     (404) 527-4198
Email: dgordon@mckennalong.com

*Attorneys for Superior WI Realty, LLC*

ATLANTA 5653342.1

Consented to by:


s/ Ashley R. Ray
Ashley Reynolds Ray
Georgia Bar No. 601559
J. Robert Williamson
Georgia Bar No. 765214
SCROGGINS & WILLIAMSON, P.C.
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303
Telephone: (404) 893-3880
Facsimile; (404) 893-3886
Email:         rwilliamson@swlawfirm.com
               aray@swlawfirm.com

*Counsel for HP/Superior, Inc.*

-and-


/s/ G. Frank Nason, IV (w/express permission by ARR)
G. Frank Nason, IV
Georgia Bar No. 535160
LAMBERTH, CIFELLI, STOKES ELLIS & NASON, P.A.
3343 Peachtree Road, N.E.
East Tower, Suite 550
Atlanta, GA 30326-1009
Telephone: (404) 262-7373
Facsimile:  (404) 262-9911
Email:  fnason@lcsenlaw.com

*Counsel for Superior Healthcare Investors Inc.*

ATLANTA 5653342.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed using the CM/ECF filing system, which will automatically send notice to the following counsel of record and via U.S. Mail where indicated:

Ashley Reynolds Ray
J. Robert Williamson
Scroggins & Williamson
1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA 30303-1854

David S. Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Spring Street, SW Atlanta, GA 30303-3330

G. Frank Nason IV
Lamberth, Cifelli, Ellis & Nason
3343 Peachtree Rd., NE, Ste 550
Atlanta, GA 30326-1428

F. Mark Bromley
Wisconsin Dept. of Justice
17 West Main Street
P. 0. Box 7857
Madison, WI 53707-7857

Office of the United States Trustee 362
Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303-3315

Kevin A. Stine
Baker Donelson
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, GA 30326-1153

Gus H. Small
Cohen Pollock Merlin & Small Suite 1600
3350 Riverwood Parkway
Atlanta, GA 30339-3359

Faisal Delawalla
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601-3430

**VIA U.S. MAIL**
Craig E. Stevenson
Two East Mifflin Street, Suite 600
Madison, WI 53703-2865

**VIA U.S. MAIL**
Robert R. Kanuit
FRYBERGER, BUCHANAN, SMITH & FREDERICK, P.A.
302 West Superior Street, Suite 700
Duluth, MN 55802

**VIA U.S. MAIL**
Royalton Manor, LLC
B8 Aspen Court
Superior, WI 54880

Dated: June 23, 2015

MCKENNA LONG & ALDRIDGE LLP

*/s/ David E. Gordon*
David E. Gordon
Georgia Bar No. 111877

## **EXHIBIT 1**

(Proposed Order)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

HP / SUPERIOR, INC., and
SUPERIOR HEALTHCARE INVESTORS, INC.,

                        Debtors.

CHAPTER 11

Jointly administered under
CASE NO. 14-71797-pwb

## ORDER EXTENDING CLOSING DATE

THIS CAUSE came before the Court upon the Consent Motion for Entry of Order

Extending Closing Date filed by Superior WI Realty, LLC ("Purchaser") on June 23, 2015 (the

"Motion").  The Court having reviewed the Motion and the record in this case, and having

considered the argument of counsel at the hearing (if any), and it appearing that the Motion is in

the best interests of Debtors HP/ Superior, Inc., d/b/a St. Francis in the Park ("HP") and Superior

Healthcare Investors, Inc. ("SHI", together with HP, the "Debtors") and their respective estates

and that Debtors have consented to the entry of the relief set forth herein, and it further appearing

that due and adequate notice of the Motion has been provided to all necessary parties, for good cause shown and for all of the reasons set forth in this Court's March 24, 2015 Order Granting Debtors' Motion (A) for Authority to Sell Assets Free and Clear of Liens, Claims, and Encumbrances (B) to Assume and Assign Certain Executory Contracts; (C) to Establish Procedures with Respect to Such Sale and the Assumption and Assignment of Executory Contracts, (D) to Consider Approval of Breakup Fee, and (E) to Shorten and Limited Notice [Docket No. 84] (the "Sale Order"), it is hereby:

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the deadline for Debtors and Purchaser to close on the Sale contemplated by the Sale Order is hereby extended through and including July 1, 2015; and it is further

ORDERED that all other terms of the Purchase Agreement remain in full force and effect and are unaltered by entry of this Order; and it is further

ORDERED that the findings of fact and conclusions of law set forth by the Court in the Sale Order are hereby incorporated herein by reference in their entirety.

**[END OF DOCUMENT]**

Prepared and presented by:

McKENNA LONG & ALDRIDGE LLP

/s/ David E. Gordon
David E. Gordon
Georgia Bar No. 111877
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
T:    (404) 527-4117
F:    (404) 527-4198
E:    dgordon@mckennalong.com

*Counsel to Superior WI Realty, LLC*

ATLANTA 5653342.1

## Distribution List

Ashley Reynolds Ray
J. Robert Williamson
SCROGGINS & WILLIAMSON, P.C.
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303

David S. Weidenbaum
OFFICE OF THE UNITED STATES TRUSTEE
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

G. Frank Nason, IV
LAMBERTH, CIFELLI, STOKES ELLIS & NASON, P.A.
3343 Peachtree Road, N.E.
East Tower, Suite 550
Atlanta, GA 30326-1009

Kevin A. Stine
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ P.C.
3414 Peachtree Road, NE
Suite 1600
Atlanta, GA 30326

David E. Gordon
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308

Robert R. Kanuit
FRYBERGER, BUCHANAN, SMITH & FREDERICK, P.A.
302 West Superior Street
Suite 700
Duluth, MN 55802

Royalton Manor, LLC
B8 Aspen Court
Superior, WI 54880